**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**TIMOTHY C. PERRY**                                                                                   **PLAINTIFF**

**v.**                                          **NO. 4:16CV00273 SWW**

**NORTH LITTLE ROCK**
**POLICE DEPARTMENT**                                                                         **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This Court further certifies that an *in forma pauperis* appeal from this judgment would be frivolous and not in good faith.

IT IS SO ORDERED THIS 14th DAY OF JULY, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE